# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD CHAVIS | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| JOHN P. DELANEY, WARDEN/ | : |
| DETENTION CENTER, D.A. OF PHILA. | : |
| COM. OF PA. | : NO. 13-3532 |

## ORDER

**NOW,** this 12th day of December, 2019, upon consideration of the Motion and Application for Writ of Error *Coram Nobis* to Address Deprivation of Petitioners (*sic*) State and Fed. Const. Rights by Court Officials as Noted Herein and Vacate 8/9/13 Sentence Imposed *Ex Parte* of Petitioner and Dismiss Case With Prejudice for the Following Good Cause Shown (Document No. 6) and a review of the history of the case, it is **ORDERED** that the petition is **DISMISSED**.

/s/ TIMOTHY J. SAVAGE J.